# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

---

| | |
|---|---|
| SHIVA STEIN, : | |
| : | |
| Plaintiff, : | Case No. 1:21-cv-00185-RGA |
| : | |
| v. : | |
| : | |
| MAGELLAN HEALTH, INC., STEVEN J. : | |
| SHULMAN, SWATI ABBOTT, : | |
| CHRISTOPHER J. CHEN, KEN FASOLA, : | |
| PETER A. FELD, MURAL R. JOSEPHSON, : | |
| SCOTT MACKENZIE, LESLIE V. : | |
| NORWALK, and GUY P. SANSONE., : | |
| : | |
| Defendants. : | |

---

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 18, 2021

**RIGRODSKY LAW, P.A.**

By:  */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*

**OF COUNSEL:**

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Gloria Kui Melwani
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 686-0114
Email: melwani@whafh.com